UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEAN BURTLEY A.K.A. "MACKENZIE"
BURTLEY,
                             Plaintiff,       22 Civ. 7375 (LGS)

              -against-                      ORDER

CVS PHARMACY, INC., et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on September 30, 2022, the parties filed a joint letter regarding the arbitration of Plaintiff's claims in light of an agreement between the parties. The parties agree that all of Plaintiff's claims are covered by the relevant arbitration clause. The letter requested that this action be dismissed. It is hereby

    **ORDERED** that this action is dismissed without costs and without prejudice.

Dated: October 3, 2022
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE